IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FRANCISCO JAVIER GARCIA,

           Plaintiff(s),

v.

AMBERGLEN DEVELOPMENT LLC,

           Defendant(s).

Civil No. 3:23-cv-00400-JR

**ORDER OF REMAND**

Based on the record,

IT IS ORDERED that the parties' Joint Stipulated Motion to Remand Action to State Court [33] is GRANTED. This action is REMANDED to Multnomah County Circuit Court for further litigation as the parties finalize their settlement of this dispute. The parties do not seek any award of costs or attorney fees to either party in connection with the remand of this action. Pending motions, if any, are DENIED AS MOOT.

Dated this 9th day of July, 2024.

                                                          by    /s/ Jolie A. Russo
                                                               Jolie A. Russo
                                                               United States Magistrate Judge